FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 11:28 am, Jun 15, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| BEASLEY FOREST PRODUCTS, INC., | |
| Plaintiff, | CIVIL ACTION NO.: 2:20-cv-51 |
| v. | |
| NORTHERN CLEARING, INC., | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the parties' Joint Motion to Stay Discovery. Doc. 12. Plaintiff originally filed the case in the Superior Court of Jeff Davis County, Georgia, and Defendant timely removed to this Court. Doc. 1. Defendant filed a motion to dismiss, doc. 4, to which Plaintiff responded with a motion to remand to Jeff Davis County Superior Court, as well as a First Amended Complaint. Docs. 8, 9. The Court found Plaintiff's Amended Complaint mooted Defendant's motion to dismiss. Doc. 11. Defendant has now filed a motion to dismiss the Amended Complaint and a response in opposition to the motion to remand. Docs. 15, 16. The parties jointly ask the Court to stay all discovery deadlines in the case pending the Court's ruling on Plaintiff's motion to remand or Defendant's motion to dismiss Plaintiff's Amended Complaint, whichever is later. Doc. 12.

Because the parties agree and have shown good cause, the Court **GRANTS** the Joint Motion and **STAYS** all discovery deadlines in the case. If the Court denies Plaintiff's motion to remand and denies Defendant's motion to dismiss in whole or in part, the parties are directed to conduct their Rule 26(f) conference **no later than 14 days** after an order on the motion to

dismiss and to file their Rule 26(f) report and serve their initial disclosures **no later than 7 days** from the date of their Rule 26(f) conference.

    **SO ORDERED**, this 15th day of June, 2020.

                  BENJAMIN W. CHEESBRO
                  UNITED STATES MAGISTRATE JUDGE
                  SOUTHERN DISTRICT OF GEORGIA