FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 3:33 pm, Jul 01, 2020

# In the United States District Court for the Southern District of Georgia
# Brunswick Division

BEASLEY FORREST PRODUCTS, INC.,

    Plaintiff,

v.

NORTHERN CLEARING, INC.,

    Defendant.

CV 2:20-051

## ORDER

Before the Court is Plaintiff Beasley Forrest Products, Inc.'s ("Beasley") notice of voluntary dismissal, dkt. no. 19, wherein it states its intention to dismiss this case without prejudice. Defendant having filed no answer to the Complaint, Plaintiff is entitled to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**SO ORDERED**, this ___ day of July, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA